February 14, 1980.

M. P. No. 80-29. ORLANDO A. ANDREONI *v.* GRAND LODGE OF THE STATE OF RHODE ISLAND, INDEPENDENT ORDER OF ODD FELLOWS *et. al.* The petition for writ of certiorari is denied.

M. P. No. 80-57. IN THE MATTER OF THE ESTATE OF CONCEICAO LOPES FONSECA. The petition for writ of certiorari and motion for restraining order are denied.

Mr. Justice Doris did not participate. *Owen B. Landman, Selya and Iannuccillo, Inc.,* for petitioner, *Richard Bruce Feinstein,* for respondents.

M. P. No. 80-58. VALLEY GAS COMPANY *v.* EDWARD F. BURKE. This petition for statutory certiorari was filed pursuant to General Laws 1956 (1977 Reenactment) 39-5-1 and the writ shall issue in accordance with the provisions of 39-5-2, provided, however, that the record of the Public Utilities Commission in this proceeding shall not be required. The stay entered herein on February 12, 1980 is continued until further order of the court.

This case is assigned for oral argument to Thursday, March 13, 1980 at 9:30 a.m. The petitioner shall file its brief on or before February 25, 1980 and the respondents shall file their brief on or before March 3, 1980.

Mr. Justice Doris did not participate. *Edwards & Angell, Edward F. Hindle, Deming E. Sherman,* for petitioner, *Dennis J. Roberts II,* Attorney General, *John R. McDermott,* Special Assistant Attorney General, for respondent.